UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| In re: | ) | Bankr. No. 13-40348 |
|---|---|---|
| | ) | Chapter 7 |
| ADRIAN JOHN ILCHUK | ) | |
| SSN/ITIN xxx-xx-6212 | ) | MOTION FOR TURNOVER |
| | ) | |
| Debtor. | ) | |

COMES NOW Lee Ann Pierce, Chapter 7 Trustee in the above captioned bankruptcy, and moves the Court to approve her motion for turnover and represents as follows:

1. This motion is brought pursuant to 11 U.S.C. §521(4).

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1334 and 157.

3. Debtor filed for Chapter 7 bankruptcy on June 12, 2013.

4. Debtor's personal property exemption limit under SDCL § 43-45-4 is $6,000.00. Based on the information provided on Debtor's schedules and testimony at the §341 meeting, the value of Debtor's personal property is as follows:

| Asset | Trustee Value | Amount Exempted |
|---|---|---|
| Bank Accounts | 166.50 | 130.99 |
| Household Goods | 365.00 | 365.00 |
| Collectibles | 50.00 | 50.00 |
| Hobby | 80.00 | 80.00 |
| Membership in Ilchuk Enterprises | 500.00 | 500.00 |
| Earned Wages | 2,312.13 | 1,900.00 |
| Accrued Vacation | 1,093.28 | 369.00 |
| 2013 Tax Refund | 621.31 | 0.00 |
| 2007 Pontiac G6 | 2,288.00 | 2,288.00 |
| Other Personal Property | 70.00 | 70.00 |
| Total | $7,546.22 | $5,752.99 |

Debtor has $1,171.92 of non-exempt personal property equity, not including the 2013 federal income tax refund. 163/365ths of Debtor's 2013 federal income tax refund is property of the bankruptcy estate. The Trustee has received a copy of Debtor's 2013 federal income tax return, which indicates the Debtor will be receiving a refund of $2,108.00. Debtor's tax return also indicates he is married. Debtor's percentage of the refund is 66%. The bankruptcy estate's share of the 2013 refund is $621.31.

Wherefore, the Trustee would hereby request the Court order Debtor to turn over to the Trustee $1,171.92; $621.31 for the non-exempt equity in Debtor's 2013 federal income tax refund which has not been claimed exempt; and for such other and further relief as is deemed appropriate by the Court under the circumstances.

Dated this 5th day of March, 2014.

        FITE, PIERCE & RONNING LAW OFFICE

        /s/ Lee Ann Pierce
        Chapter 7 Bankruptcy Trustee
        316 Fourth St.
        P.O. Box 524
        Brookings, SD  57006-0524
        Phone: 605 692-9415
        Fax: 605 692-1433